Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Kayla M. Robinson (SBN 322061)
KRobinson@PasichLLP.com
PASICH LLP
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEDNEY FOODS COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation,<br><br>Defendant. | Case No. 2:21-cv-03714-MRW<br><br>Honorable Michael R. Wilner<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A)(ii))**<br><br>Complaint Filed:  April 30. 2021 |



1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Gedney Foods Company ("Gedney"), and defendant Affiliated FM Insurance Company ("AFM"), by and through their respective counsel of record, that this entire action shall be voluntarily dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

DATED: January 24, 2022          PASICH LLP

By:  */s/ Pamela Woods*
Pamela Woods
Attorneys for Plaintiff

DATED: January 24, 2022          ROBINS KAPLAN LLP

By:  */s/ Scott G. Johnson*
Scott G. Johnson
Attorneys for Defendant

### **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  I further attest that I have on file documentation of his authorization.

DATED: January 24, 2022          PASICH LLP

By:  */s/ Pamela Woods*
Pamela Woods
Attorneys for Plaintiff