UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-3714 MRW | Date | January 24, 2022 |
|---|---|---|---|
| Title | Gedney Foods Company v. Affiliated FM Insurance Company | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**   **ORDER DISMISSING CASE**

    IT IS STIPULATED by and between the parties that this action is dismissed. Each party to bear his/her/its own attorneys' fees and costs.

                                                                                                                                      :  
                                               Initials of Preparer                    vp